IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DERRICK WHITE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-017
)
DISTRICT ATTORNEY MEG HEAP )
and MATTHEW A. BREEDON, )
Assistant District Attorney, )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of April 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office

4/16/2015

Deputy Clerk